UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. ZEPP, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00646 JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>45 DAY-DEADLINE |

　　　　Plaintiff has not paid the $400 filing fee for this action or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court ORDERS Plaintiff, **within 45 days** of the date of service of this order, to submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400 filing fee for this action. No requests for extension will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

　　Dated:　**May 13, 2020**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE